MINUTE ENTRY
AFRICK, J.
April 27, 2021
JS-10 00:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---:|
| **DAVID ILLG** | **CIVIL ACTION** |
| **VERSUS** | **No. 21-224** |
| **DO IT BEST CORP., ET AL.** | **SECTION I** |

**ORDER**

On this date, the Court held a telephonic status conference with counsel for all parties participating. Counsel for plaintiff clarified that plaintiff's claims for conversion and breach of contract are only brought against defendant Do It Best, Corp. ("DIB"). Counsel for DIB also requested a short continuance of the trial date to accommodate a scheduling conflict. As discussed during the conference,

**IT IS ORDERED** that trial in the above-captioned matter is **CONTINUED** to **MONDAY, OCTOBER 4, 2021, at 8:30 A.M.** All other dates and deadlines remain as previously set.

*Prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before this Court at which time the motion will be discussed by all parties. The motion deadline date set forth in this Court's previously issued scheduling order shall, notwithstanding such conference, remain intact.*

*Counsel's failure to schedule the conference in sufficient time to permit the filing of such motion will not be good cause to extend the dispositive motion deadline.*

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE